**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DUSTIN TORREY, Individually and For Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>MCGEE AIR SERVICES, INC., a Delaware corporation<br><br>Defendant. | **Case No. 2:26-cv-01638-JHC**<br><br>**STIPULATION AND ORDER TO STAY, TOLL, AND MEDIATE**<br><br>**NOTE DATE: AUGUST 28, 2026** |

Plaintiff Dustin Torrey, on behalf of himself and others similarly situated ("Plaintiff"), and McGee Air Services, Inc. ("McGee Air" or "Defendant") (together, the Parties) move this Court to stay this case in its entirety and all pending deadlines, including any discovery and case management deadlines, through September 25, 2026, to allow the Parties adequate time to engage in settlement discussions and schedule a mediation to resolve this case. The Parties stipulate as follows:

1. On May 14, 2026, Plaintiff filed his Original Class and Collective Action Complaint [Doc. No. 1].

2. On July 8, 2026, Defendant filed its Answer [Doc. No. 14].

3. On July 20, 2026, the Parties met for their Rule 26(f) conference in accordance with the Federal Rules of Civil Procedure.

4. During the 26(f) conference, the Parties broached the possibility of early resolution. To that end, the Parties have since agreed to seek a stay of this litigation to conserve costs so that they may engage in informal discovery and schedule private mediation. No case schedule has been issued in this action.

5. After an initial exchange of relevant documents and data, the Parties will proceed to conduct substantive discussions regarding settlement, review potential damage models, and attend a mediation. The Parties will work in good faith on selecting a mutually agreeable mediator.

6. The proposed stay of this case will conserve the Parties' and the Court's resources while they work towards a potential resolution of this matter. See Fed. R. Civ. P. 1 (indicating the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). A stay through September 25, 2026, is sought to account for the time needed to collect and exchange necessary data and information, create a damage model, and secure a mediation date with the agreed-upon mediator.

7. The Parties further agree to toll the FLSA statute of limitations for the Hourly Employees (as defined in Doc. No. 1) from August 26, 2026, until the expiration of the stay through September 25, 2026, or either Party provides notice (via email or letter) to the other, whichever is earlier.

8. Once the Parties have agreed on a mediator and secured a mediation date, the Parties will prepare another stipulation to stay the litigation pending completion of mediation.

9. The relief requested in this stipulation will stay all deadlines in this case and will stay this case in its entirety until September 25, 2026.

**WHEREFORE**, the Parties respectfully request that this Court grant their Joint Stipulation and enter the attached Proposed Order.

Respectfully and jointly submitted on August 28, 2026

JOSEPHSON DUNLAP LLP

*/s/ Richard M. Schreiber*
Richard M. Schreiber (admitted *Pro Hac Vice*)
Michael A. Josephson*
Andrew W. Dunlap*
**JOSEPHSON DUNLAP LLP**
5847 San Felipe Street, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

Richard J. (Rex) Burch*
**BRUCKNER BURCH PLLC**
5847 San Felipe Street, Suite 2400
Houston, Texas 77057
Tel: (713) 877-8788
rburch@brucknerburch.com

*/s/ Michael C. Subit*
Michael C. Subit, WSBA #29189
**FRANK FREED SUBIT & THOMAS, LLP**
705 Second Ave., Suite 1200
Seattle, Washington 98104
Tel: 206.682.6711
msubit@frankfreed.com

**pro hac vices forthcoming*

**COUNSEL FOR TORREY AND POTENTIAL OPT-IN PLAINTIFFS**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Jacqueline Suh*
Babak Yousefzadeh (admitted *Pro Hac Vice*)
Paul S. Cowie (admitted *Pro Hac Vice*)
Jacqueline Suh (admitted *Pro Hac Vice*)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Tel: 415.434.9100
byousefzadeh@sheppard.com
pcowie@sheppard.com
jsuh@sheppard.com

*/s/ Anthoney Todaro*
Anthony Todaro
**DLA PIPER**
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104
Tel: 206.839.4800
Anthony.Todaro@us.dlapiper.com

**COUNSEL FOR DEFENDANT**

**ORDER**

Having considered the Parties' Joint Motion to Stay, Toll, and Mediate, and for good cause, the Motion is hereby GRANTED. It is hereby Ordered that this matter and all deadlines are stayed until September 25, 2026. The Parties are hereby ordered to engage in good faith settlement negotiations and informal discovery, as represented in their Joint Motion, and appear before an agreed upon mediator for a mediation. The Parties are ordered to inform this Court of the mediation date once confirmed, via stipulation. The statute of limitations for the Hourly Employees (as defined in Doc. 1) is tolled from August 26, 2026, until September 25, 2026, or either Party provides notice (via email or letter) to the other, whichever is earlier.

IT IS SO ORDERED.

DATED this 28th day of August, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE