UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN TORREY,<br><br>Plaintiff,<br><br>v.<br><br>MCGEE AIR SERVICES INC,<br><br>Defendant. | CASE NO. 2:26-cv-01638-JHC<br><br>STIPULATION AND ORDER TO STAY, TOLL, AND MEDIATE |

Having considered the Parties' Joint Motion to Stay, Toll, and Mediate, and for good cause, the Motion is hereby GRANTED. Dkt. # 20. It is hereby Ordered that this matter and all deadlines are stayed until March 31, 2027. The Parties are hereby ordered to engage in good faith settlement negotiations and informal discovery, as represented in their Joint Motion, and appear before an agreed upon mediator for a mediation on March 18, 2027. The statute of limitations for the Hourly Employees (as defined 15 in Doc. 1) is tolled from September 25, 2026, until March 31, 2027, or either Party provides notice (via email or letter) to the other, whichever is earlier.

IT IS SO ORDERED.

//

//

Dated this 24th day of September, 2026.

John H. Chun
United States District Judge